JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERTO CARLOS DE LA TORRE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:13-mj-0068 CKD |
| Plaintiff, | **STIPULATION TO EXTEND DATE FOR PRELIMINARY HEARING; ORDER EXTENDING TIME** |
| v. | |
| ROBERTO CARLOS DE LA TORRE, | DATE: April 9, 2013 |
| Defendant. | TIME: 2:00 p.m. |
| | JUDGE: Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DANIEL S. MCCONKIE, Assistant United States Attorney, attorney for Plaintiff, BENJAMIN D. GALLOWAY, Assistant Federal Defender, attorney for Defendant ROBERTO CARLOS DE LA TORRE, that the preliminary hearing presently set for March 18, 2013 shall be vacated and a new date for preliminary hearing shall be April 9, 2013 at 2:00 p.m.

The parties further agree, pursuant to Fed.R.Crim.Pro.5.1(c) and (d), that this court should make a finding of good cause for the extension and that in fact good cause is hereby shown.  Defense counsel and the government have not had sufficient time to (1) finalize

necessary preparation for indictment, and (2) prepare for the preliminary hearing, and (3) finalize negotiations with the defendants and defense counsel about potential settlement of the case.

The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties stipulate that the interest of justice outweighs the interest of the public and the defendants in a speedy filing of an indictment or information, 18 U.S.C. §§ 3161(b),(h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases. Fed. R. Crim. P. 5.1(d).

All parties request the date of April 9, 2013 for the preliminary hearing in this case. The request for extending the date for preliminary hearing is at the specific request of the defendants and with the knowing and voluntary waiver of their Speedy Preliminary Hearing rights under the law. Good cause is thereby shown.

AGREED:

DATED: March 11, 2013          JOSEPH SCHLESINGER
                               Acting Federal Defender

                               /s/ Benjamin Galloway
                               BENJAMIN GALLOWAY
                               Assistant Federal Defender
                               Attorney for Defendant


DATED: March 11, 2013          BENJAMIN WAGNER
                               United States Attorney

                               /s/ Benjamin Galloway for
                               DANIEL S. MCCONKIE
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

**O R D E R**

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED.** The date for preliminary hearing in this matter is hereby re-set for April 9, 2013 at 2:00 p.m.

DATED: March 11, 2013.

*/s/ Allison Claire*
HON. ALLISON CLAIRE
United States Magistrate Judge