HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERTO CARLOS DE LA TORRE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERTO CARLOS DE LA TORRE,<br><br>        Defendant. | NO. 2:13-cr-121 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>DATE:  June 20, 2013<br>TIME:  9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |

This case is currently scheduled for a status conference on May 23, 2013. The parties have agreed that a pre-plea advisory guideline presentence investigation report as to defendant's criminal history would aid the parties toward resolving the case. The parties respectfully request that this Court order the Probation Office to produce a pre-plea advisory guideline presentence investigation report as to criminal history in this case.

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, TODD LERAS on behalf of DANIEL S. MCCONKIE, Assistant United States Attorney, attorney for Plaintiff, and BENJAMIN D. GALLOWAY, Assistant Federal Defender, attorney for Defendant JORGE

1  LUIS HERNANDEZ, aka ROBERTO CARLOS DE LA TORRE, that the status
2  conference set for Thursday, May 23, 2013 be continued to Thursday,
3  June 20, 2013 at 9:30 a.m.
4    The reason for this continuance is to allow defense counsel
5  additional time to review discovery with the defendant, to examine
6  possible defenses and to continue investigating the facts of the case.
7  In addition, defense counsel desires the pre-plea presentence report to
8  help apprise him of legal and/or factual issues on which he may need to
9  perform additional legal research and factual investigation in order to
10 help prepare defendant's defense.
11    The parties stipulate that the ends of justice served by the
12 granting of such continuance outweigh the interests of the public and
13 the defendant in a speedy trial.
14   Speedy trial time is to be excluded from the date of this order
15 through the date of the status conference set for June 20, 2013,
16 pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
17 (Local Code T4).

DATED: May 6, 2013                    HEATHER E. WILLIAMS
                                      Federal Defender

                                      /s/ Benjamin Galloway
                                      BENJAMIN GALLOWAY
                                      Assistant Federal Defender
                                      Attorney for Defendant


DATED: May 6, 2013                    BENJAMIN WAGNER
                                      United States Attorney

                                      /s/ Benjamin Galloway for
                                      TODD LERAS
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

2

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including June 20, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the May 23, 2013 status conference shall be continued until June 20, 2013, at 9:30 a.m.

The Court further orders the United States Probation Office to prepare and disclose to the parties a pre-plea presentence report as to the criminal history of the defendant.

DATED:  May 14, 2013

Troy L. Nunley
United States District Judge